**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-16353/650159496

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Peter Taddeo and Sharon Taddeo<br>    Debtors.<br>_____<br>ABN Amro Mortgage Group, Inc.<br><br>    Movant,<br>  vs.<br><br>Peter Taddeo and Sharon Taddeo, Debtors; Dianne C. Kerns, Trustee, Trustee.<br><br>    Respondents. | No. 4:09-bk-03451-EWH<br><br>Chapter 13<br><br>O R D E R<br><br><br>(Relating to docket # 20) |

IT IS HEREBY ORDERED that Movant's Motion for Relief from the Automatic Stay is hereby withdrawn without prejudice and that any hearings scheduled in the matter are vacated.

SIGNED this _____ day of _____, 2009.

_____
JUDGE OF U.S. BANKRUPTCY COURT